826 F.2d 1058
 Vigiolto (Antoinette J.), Estate of Vigiolot (Christopher J.)
v.
Johns Manville Corp., Johns Manville Sales Corp.,
Unarco Industries, Inc., GAF Corp., Raybestos-Manhattan,
Celotex Corp., successor- in-interest to Philip Carey Mfg.
Co., Philip Carey Corp., Briggs Mfg. Co., and/or Panacon
Corp., Keene Building Products Corp., Eagle Picher
Industries, Inc.,Forty-Eight Insulations, Inc., Owens-Illinois Inc.
 NO. 86-3797
 United States Court of Appeals,
Third Circuit.
 JUL 31, 1987
 
 Appeal From: W.D.Pa.,
 Diamond, J.,
 
 643 F.Supp. 1454
 
 1
 AFFIRMED.